UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID W. BRYARS (#124045)

VERSUS                                                         CIVIL ACTION

LYNN COOPER, ET AL                                             NUMBER 08-172-FJP-SCR

RULING ON MOTION FOR DEFAULT JUDGMENT

Before the court is the Motion for Default Judgment filed by petitioner David W. Bryars.  Record document number 8.  The court will treat the motion as a motion for entry of a default under Rule 55(a), Fed.R.Civ.P.

Petitioner sought a default judgment because the respondent had not filed an answer and the state court record had not been filed.  Petitioner is incorrect.  The State of Louisiana filed an answer and supporting memorandum on May 5, 2008.[1]  The state court record was filed May 19, 2008.[2]  Although both filings were beyond the time set by the court, there is no basis in the record to conclude that the petitioner has been prejudiced or otherwise disadvantaged by the short delay.

Accordingly, the petitioner's Motion for Default Judgment, considered as a motion for entry of a default pursuant to Rule

---

[1] Record document numbers 5 and 6.

[2] Record document number 7.

55(a), is denied.

Baton Rouge, Louisiana, June 11, 2008.

                                               _____
                                               STEPHEN C. RIEDLINGER
                                               UNITED STATES MAGISTRATE JUDGE