UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID W. BRYARS (#124045)

VERSUS                                                    CIVIL ACTION

LYNN COOPER, ET AL                                        NUMBER 08-172-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 21, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45361